# GERAGOS & GERAGOS

A PROFESSIONAL CORPORATION
LAWYERS
HISTORIC ENGINE CO. NO. 28
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411
TELEPHONE (213) 625-3900
FACSIMILE (213) 232-3255
Geragos@Geragos.com

MARK J. GERAGOS (SBN 108325)
BEN MEISELAS (SBN277412)
Attorneys For Plaintiff John Doe, by and through his Guardian *Ad Litem* Lynette Young, on behalf of himself and all others similarly situated

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, a minor by and through his Guardian *Ad Litem* Lynette Young, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>SNAPCHAT, INC., A Delaware Corporation, and DOES 1-20<br><br>　　　　Defendants | Case No. 2:16-cv-04955-MWF-FFM<br><br>**PETITION FOR GUARDIAN *AD LITEM*; [PROPOSED] ORDER GRANTING GUARDIAN *AD LITEM*** |

Petitioner Lynette Young states as follows:

1. Petitioner's child, JOHN DOE, is a minor and is currently 14 years old (DOB: 4-6-2002).[1]
2. JOHN DOE asserts claims against Defendant for violations of the California Unfair Business Practices Act, negligence *per se*, violations of 47 U.S.C. § 230, *et seq.*, and unjust enrichment. JOHN DOE also seeks injunctive relief against Defendant.
3. The purpose of the guardian *ad litem* is to protect the minor's interests in litigation. *Williams v. Superior Court*, 147 Cal. App. 4 36 (2007); *See also* Fed.R.Civ.P. Rule 17(c)(2).
4. There have been no previous petitions for appointments of a guardian *ad litem* in this action.
5. LYNETTE YOUNG (Date of Birth: 11-10-1971), the mother to JOHN DOE, is a competent and responsible person, able and willing to serve as the guardian *ad litem* to her child.
6. LYNETTE YOUNG will represent the best interests of the child in this matter.

///
///
///
///
///
///
///
///
///

---

[1] Pursuant to Federal Rules of Civil Procedure, Rule 5.2(a), the name of the minor Plaintiff has been substituted with a pseudonym.

WHEREFORE, LYNETTE YOUNG respectfully requests to be appointed as Guardian *Ad Litem* for JOHN DOE for purposes of pursuing this litigation.

DATED: July 11, 2016             GERAGOS *&* GERAGOS, APC

By: /s/ *MARK J. GERAGOS*
    MARK J. GERAGOS
    BEN J. MEISELAS
    Attorneys For Plaintiff John Doe, by and through his Guardian *Ad Litem* Lynette Young, on behalf of himself and all others similarly situated