1  COOLEY LLP
   MICHAEL G. RHODES (116127)
2  (rhodesmg@cooley.com)
   BENJAMIN H. KLEINE (257225)
3  (bkleine@cooley.com)
   BETHANY C. LOBO (248109)
4  (blobo@cooley.com)
   101 California Street, 5th Floor
5  San Francisco, CA 94111-5800
   Telephone:  (415) 693-2000
6  Facsimile:  (415) 693-2222

7  Attorneys for Defendant SNAPCHAT, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHN DOE, a minor by and through his Guardian *Ad Litem* Lynette Young, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SNAPCHAT, INC., a Delaware corporation, and DOES 1-20,<br><br>Defendants. | Case No. 2:16-cv-04955-MWF-FFMx<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: July 15, 2016<br>Current response date: August 5, 2016<br>New response date: September 6, 2016 |

Defendant Snapchat, Inc. ("Snapchat") and Plaintiff John Doe ("Plaintiff") hereby stipulate as follows:

**1.** Plaintiff served Snapchat with the summons and complaint in the above civil action on July 15, 2016.

**2.** Under Federal Rule of Civil Procedure 12(a)(1)(A)(i), Snapchat's response to the complaint is currently due on August 5, 2016.

**3.** Counsel for Plaintiff and Snapchat have met and conferred regarding the timing of Snapchat's response to the complaint.

**4.** No prior extensions have been sought and the total extension of time

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

STIPULATION TO EXTEND TIME TO RESPOND
TO INITIAL COMPLAINT
(CASE NO. 2:16-CV-04955-MWF-FFMX)

sought by Snapchat to respond to the complaint is not more than 30 days from the date the response initially would have been due.

5. Plaintiff and Snapchat hereby stipulate and agree to extend Snapchat's deadline to answer, move, or otherwise respond to the complaint by 30 days. Because a 30-day extension makes Snapchat's response due on Sunday, September 4, 2016, Snapchat will file its response no later than the first court day thereafter, which is Tuesday, September 6, 2016.

**IT IS SO STIPULATED.**

Dated: July 29, 2016        Cooley LLP

/s/ Michael G. Rhodes
Michael G. Rhodes

Attorneys for Defendant
SNAPCHAT, INC.

Dated: July 29, 2016        Geragos & Geragos

/s/ Mark J. Geragos
Mark J. Geragos

Attorneys for Plaintiff
John Doe, by and through his Guardian *Ad Litem* Lynette Young, on behalf of himself and all others similarly situated

**ATTESTATION PURSUANT TO CIV. L.R. 5-4.3.4(A)(2)**

I, Michael G. Rhodes, attest that concurrence in the filing of this **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of July, 2016, at San Francisco, California.

By: /s/ Michael G. Rhodes
Michael G. Rhodes

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

STIPULATION TO EXTEND TIME TO RESPOND
TO INITIAL COMPLAINT
(CASE NO. 2:16-CV-04955-MWF-FFMX)