**GERAGOS & GERAGOS**
A PROFESSIONAL CORPORATION
LAWYERS
HISTORIC ENGINE CO. NO. 28
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411
TELEPHONE (213) 625-3900
FACSIMILE (213) 232-3255
GERAGOS@GERAGOS.COM

MARK GERAGOS      SBN 108325
BEN J. MEISELAS   SBN 277412
Attorneys For Plaintiff John Doe, by and through his
Guardian *Ad Litem* Lynette Young, on
behalf of himself and all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, a minor by and through his Guardian *Ad Litem* Lynette Young, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SNAPCHAT, INC., A Delaware Corporation, and DOES 1-20<br><br>Defendants. | Case No. 2:16-cv-04955-SJO-FFM<br><br>**STIPULATION TO DISMISS WITHOUT PREJUDICE**<br><br>*Assigned to Judge S. James Otero* |

Plaintiff John Doe, by and through his *guardian ad litem* Lynette Young, and Defendant Snapchat, Inc., by and through their respective counsel, hereby stipulate as follows:

1. Plaintiff John Doe and Defendant Snapchat, Inc. have engaged in an informal exchange of facts and legal arguments and are discussing the potential resolution of this matter out of court. The parties will enter into a tolling agreement in the interim.

2. Due to the pending response/motion to dismiss deadline and because Plaintiff's position will not be prejudiced by dismissal without prejudice, Plaintiff's action should be dismissed without prejudice.

IT IS SO STIPULATED.

DATED: October 28, 2016                                           GERAGOS & GERAGOS, APC

                                                                  By: /s/ Ben Meiselas
                                                                       BEN MEISELAS
                                                                       Attorney for Plaintiff John Doe, by
                                                                       and through his Guardian Ad Litem
                                                                       Lynette Young, on behalf of himself
                                                                       and all others similarly situated

DATED: October 28, 2016                                           COOLEY LLP

                                                                  By: /s/ Benjamin Kleine
                                                                       BENJAMIN KLEINE
                                                                       Attorney for Defendant Snapchat, Inc.