

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, a minor by and through his Guardian *Ad Litem* Lynette Young, on behalf of himself and all others similarly situated,<br><br>  Plaintiffs,<br><br>  vs.<br><br>SNAPCHAT, INC., A Delaware Corporation, and DOES 1-20<br><br><br>  Defendants. | Case No. 2:16-cv-04955-SJO-FFM<br><br><br>**ORDER RE STIPULATION TO DISMISS WITHOUT PREJUDICE**<br><br>*Assigned to Judge S. James Otero* |

1
2       PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY ORDERED
3  THAT:
4       1.  Plaintiff's claims against Defendant are hereby dismissed without prejudice.
5  **PURSUANT TO STIPULATION, IT IS SO ORDERED:**
6  DATED:  __November 2, 2016

By:_____
     S. James Otero
     United States District Judge